*Slaughter* and *Hugh C. Bickford* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, J. Louis Monarch, John Vaughan Groner, Clarence M. Charest,* and *P. S. Crewe* for respondent.

No. 743. CHESAPEAKE & OHIO RY. Co. *v.* COFFEY. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Samuel H. Williams* for petitioner. *Mr. Charles Curry* for respondent.

No. 744. LAWS *v.* DAVIS ET AL. May 5, 1930. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Walter A. DeCamp* for petitioner. *Mr. John Weld Peck* for respondents.

No. 745. BALL *v.* WESTERN MARINE & SALVAGE Co. May 5, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioner. *Messrs. Edwin C. Brandenburg* and *Louis M. Denit* for respondent.

No. 747. MASSEY ET AL. *v.* MILLER RUBBER Co. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Mahoney* for petitioners. *Mr. Louis M. Denit* for respondent.

No. 748. KISSOCK *v.* DUQUESNE STEEL FOUNDRY Co. ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.